UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MISSION FITNESS CENTER, LLC, et al., | No. 2:20-cv-09824-CAS-KSx |
| Plaintiffs, | |
| v. | JUDGMENT |
| GAVIN NEWSOM, in his official capacity as Governor of California, et al., | |
| Defendants. | |

Pursuant to the Court's May 10, 2021 Order dismissing plaintiffs' claims for relief,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Plaintiffs' first and second claims for relief are DISMISSED with prejudice, and plaintiffs' third, fourth and fifth claims for relief are DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: June 21, 2021

_Christina A. Snyder_
_____
Honorable Christina A. Snyder
United States District Judge